1  SO. CAL EQUAL ACCESS GROUP
   Jason J. Kim (SBN 190246)
2  Jason Yoon (SBN 306137)
   101 S. Western Avenue, Second Floor
3  Los Angeles, CA  90004
   Telephone: (213) 252-8008
4  Facsimile: (213) 252-8009
   scalequalaccess@yahoo.com
5
   Attorney for Plaintiff,
6  KEE SOOK AHN

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **CENTRAL DISTRICT OF CALIFORNIA**
10

11
   KEE SOOK AHN,                          Case No.: 2:22-cv-01124-RGK-ASx
12
            Plaintiff,
13                                         **NOTICE OF VOLUNTARY**
       vs.                                 **DISMISSAL OF ENTIRE CASE**
14                                         **WITHOUT PREJUDICE**
   KEEPLAND LLC; and DOES 1 to 10,
15
            Defendants.
16

17

18       **PLEASE TAKE NOTICE** that Plaintiff KEE SOOK AHN ("Plaintiff")

19  pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily

20  dismisses the entire action *without prejudice* pursuant to Federal Rule of Civil

21  Procedure Rule 41(a)(1) which provides in relevant part:

22       (a) **Voluntary Dismissal.**

23           (1)   *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2,

24                 and 66 and any applicable federal statute, the plaintiff may

25                 dismiss an action without a court order by filing:

26                 (i)   A notice of dismissal before the opposing party serves

27                       either an answer or a motion for summary judgment.

28

Defendants have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Additionally, Plaintiff requests the Court to retain jurisdiction for Plaintiff to dismiss the entire action <u>with</u> prejudice for thirty (30) days up until June 18, 2022.

DATED:  May 19, 2022              SO. CAL EQUAL ACCESS GROUP


                                  _*/s/ Jason J. Kim*_
                                  JASON J. KIM
                                  Attorney for Plaintiff