JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEE SOOK AHN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KEEPLAND LLC; and DOES 1 to 10,<br><br>　　　　Defendants. | Case No.: 2:22-cv-01124-RGK-ASx<br><br>**ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION [14]** |

Based on the request from Plaintiff and for good cause shown:

　　IT IS HEREBY ORDERED that the entire action be dismissed without prejudice with the Court to retain jurisdiction up until June 18, 2022 for Plaintiff to dismiss the entire action with prejudice.

　　SO ORDERED.

DATED: 05/19/2022　　　　　　　_____

　　　　　　　　　　　　　　　　Hon. R. Gary Klausner
　　　　　　　　　　　　　　　　United States District Judge